**Kendel Vance JENSEN and Amber Jensen, Plaintiffs—Appellants,**

v.

**Kelley DOUGLAS; et al., Defendants—Appellees.**

No. 09–16121.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 10, 2010.*

Filed Aug. 26, 2010.

Kendel Vance Jensen, Cottonwood, AZ, pro se.

Amber Jensen, Cottonwood, AZ, pro se.

Brent D. Harris, Esquire, Harris & Winger PC, Flagstaff, AZ, pro se.

Before: HAWKINS, McKEOWN, and IKUTA, Circuit Judges.

MEMORANDUM **

Kendel Vance and Amber Jensen appeal pro se from the district court's judgment dismissing their 42 U.S.C. § 1983 action alleging injuries arising from child dependency proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Peterson v. California*, 604 F.3d 1166, 1169 (9th Cir.2010). We affirm.

The district court properly dismissed the action against defendant Harris, a private attorney appointed by the court to represent Amber Jensen in the child dependency proceedings, because he did not act under color of state law. *See Polk County v. Dodson*, 454 U.S. 312, 318 n. 7, 102 S.Ct. 445, 70 L.Ed.2d 509 (1981) (noting that a private attorney, even one appointed by the court, does not act under the color of state law for purposes of 42 U.S.C. § 1983 when performing the traditional role of an attorney).

The Jensens' remaining contentions are unpersuasive.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, the Jensens' request for oral argument is denied.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

